Brian D. Shapiro, Esq.  Efiled 10/18/11
Nevada Bar No. 5772
Law Office of Brian D. Shapiro, LLC
228 S. 4th Street, Suite 300
Las Vegas, NV 89101
(702)386-8600, Fax (702)383-0994
Bshapiro@brianshapirolaw.com

Attorney for Plaintiff

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

ROBERT J. KRAUSE

        Debtor

Case No.: 10-26094-MKN

Dept. No.: 7

THE CADLE COMPANY, an Ohio corporation

        Plaintiff

v.

ROBERT J KRAUSE

        Defendant

Adv. No.: 11-01209-mkn

## STANDARD DISCOVERY PLAN OR REQUEST FOR WAIVER OF FILING DISCOVERY PLAN

1. **Discovery Plan**

____ Request for waiver of requirement to prepare and file a formal discovery plan. The parties certify that all discovery can be completed informally, without the need of court intervention and in conformance of the Standard Discovery Plan, and that the matter will be ready for trial within 120 days, or

  X   **A discovery plan is needed or useful in this case.** Check one:

  X   The parties agree to the standard discovery plan. The first defendant answered or otherwise appeared on August 19, 2011. Discovery shall be completed with 240 days, measured from the date the first Defendant answered. Discovery will close by **April 16, 2012.**

1    \_\_\_\_ The parties jointly propose to the court the attached discovery plan and scheduling order. (Use Official Form 35 to the Federal Rules of Civil Procedure.)

   \_\_\_\_ The parties cannot agree on a discovery plan and scheduling order. The attached sets forth the parties' disagreements and reasons for each party's position. (Use Official Form 35 of the Federal Rules of Civil Procedure.)

**Complete parts 2 - 6.**

  2.  **Nature of the Case.**

  Non-dischargability of debt.

  3.  **Jury Trials**: Check one:

  X  A demand for a jury trial has not been made

  \_\_\_\_ A demand for a jury trial has been made pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, but one or more of the parties does not consent to a jury trial pursuant to 28 U.S.C. § 157(e).

  \_\_\_\_ It is expressly understood by the undersigned parties they have demanded a jury trial pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, and have consented to a jury trial pursuant to 28 U.S.C. § 157(e).

  An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing on or before _____.

  An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the court on voir dire shall be submitted to the clerk for filing on or before _____.

  4.  **Additional Pleadings.** Are there any counterclaims, cross claims or amendments to the pleadings expected to be filed?

  \_\_\_\_ Yes

  X No

  5.  **Settlement Conference**

  \_\_\_\_ A settlement conference is requested.

/ / /

1      XX    Settlement cannot be evaluated prior to additional discovery.  The parties may later request a settlement conference.

3      6.    **Trial**

The case should be ready for trial by **August 15, 2012** and should take 2 day(s).

7.    All parties consent to this court entering final judgment.

Dated: _10-13-11_          Dated: _10/13/11_

_/s/ Brian D. Shapiro_           _/s/ #7878_
Brian D. Shapiro, Esq. (NV Bar #5772)    Roger Croteau, Esq (NV Bar# 4958)
LAW OFFICE OF BRIAN D. SHAPIRO    Roger P. Croteau & Associates
228 S. 4th Street, Suite 300    720 S. 4th Street Suite 202
Las Vegas, NV  89101    Las Vegas NV 89101
(702)386-8600    Phone: (702) 254-7775
Fax (702)383-0994    Croteaulaw@croteaulaw.com
kholbert@brianshapirolaw.com    Counsel for Debtor/Defendant
Counsel for Plaintiff